IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
UNITED STATES OF AMERICA      )
                              )    CRIMINAL ACTION NO.
    v.                        )       3:14cr403-MHT
                              )           (WO)
JAMES RICHARD LAWLOR          )
```

ORDER

Based on the representations made on the record on June 26, 2015, it is ORDERED as follows:

(1) Sentencing for defendant James Richard Lawlor is to resume on July 21, 2015, at 10:00 a.m., in Courtroom 2FMJ of the Frank M. Johnson Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

(2) By no later than July 16, 2015, counsel for the government, counsel for defendant Lawlor, and probation are to file a joint treatment plan that will address defendant Lawlor's alcohol addiction, pain-drug addiction, and possible bipolar disorder.

DONE, this the 29th day of June, 2015.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE